ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| TYD Services | ) ASBCA No. 62893 |
| | ) |
| Under Contract No. W52P1J-19-A-0009 | ) |

APPEARANCES FOR THE APPELLANT:        Stephen J. McBrady, Esq.
　　　　　　　　　　　　　　　　　　　　Skye Mathieson, Esq.
　　　　　　　　　　　　　　　　　　　　John Nakoneczny, Esq.
　　　　　　　　　　　　　　　　　　　　　Crowell & Moring LLP
　　　　　　　　　　　　　　　　　　　　　Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Scott N. Flesch, Esq.
　　　　　　　　　　　　　　　　　　　　　Army Chief Trial Attorney
　　　　　　　　　　　　　　　　　　　　MAJ Weston E. Borkenhagen, JA
　　　　　　　　　　　　　　　　　　　　CPT Timothy M. McLister, JA
　　　　　　　　　　　　　　　　　　　　　Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 6, 2022

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62893, Appeal of TYD Services, rendered in conformance with the Board's Charter.

Dated:  October 6, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals